**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: July 23, 2018**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| In the matter of | Case No. **17-56428-CMC** |
|---|---|
| **Ronald D Stokes** | Chapter 7 |
| Debtor(s) | Judge **Charles M. Caldwell** |

**ORDER FOR PAYMENT OF COMPENSATION AND EXPENSES**
**(Related Doc.#33)**

    The Court, in the absence of any objections, having considered the applications for final compensation and expenses, and the Clerk having enumerated the miscellaneous fees owed pursuant to 28 U.S.C. Sec. 1930(b):

    **IT IS HEREBY ORDERED** that the following compensation and expenses shall be paid by the trustee from the estate:

| NAME | DESCRIPTION | AMOUNT |
|---|---|---:|
| William B. Logan<br>Trustee | Fees | $3,455.70 |
| William B. Logan<br>Trustee | Expenses | $260.03 |
| Luper Neidenthal & Logan<br>Attorney for Trustee | Fees | $4,000.00 |

**IT IS SO ORDERED**.

Copies to: Default List plus additional parties
Scott D. Fink via ECF
Kenneth M. Richards via ECF
Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ  07601
Paul Hunt, HER Realtors, 2815 E. Main St., Columbus, OH  43209
Kohl's c/o Becket and Lee LLP, PO Box 3001, Malvern, PA  19355-0701
Synchrony Bank c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA  23541

Case 2:17-bk-56428    Doc 36    Filed 07/26/18    Entered 07/27/18 00:21:57    Desc
Imaged Certificate of Notice    Page 2 of 3

```
                          United States Bankruptcy Court
                            Southern District of Ohio
In re:                                                          Case No. 17-56428-cmc
Ronald D Stokes                                                 Chapter 7
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0648-2          User: stiress               Page 1 of 1            Date Rcvd: Jul 24, 2018
                              Form ID: pdf01              Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2018.
```
db             +Ronald D Stokes,    5019 N. High St. Lot 76,    Columbus, OH 43214-1595
cr              Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
r             #+Paul Hunt,    HER Realtors,    2815 E. Main St.,    Columbus, OH 43209-2576
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bnc@atlasacq.com Jul 24 2018 19:25:49      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2018 19:31:52      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2018 at the address(es) listed below:
```
              Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
              Kenneth M Richards    on behalf of Trustee William B Logan krichards@LNLattorneys.com
              Scott D Fink    on behalf of Creditor   The Huntington National Bank ecfndoh@weltman.com
              Tad A Semons    on behalf of Debtor Ronald D Stokes tadsemons@att.net
              William B Logan    wlogan@lnlattorneys.com,    wbl@trustesolutions.net
              William B Logan, Jr    on behalf of Trustee William B Logan wlogan@lnlattorneys.com
                                                                                             TOTAL: 6
```