# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 2:17-BK-56428-CMC |
| | § | |
| Ronald D Stokes | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

William B. Logan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $20.00 | Assets Exempt: | $42,000.00 |
| Total Distributions to Claimants: | $17,000.20 | Claims Discharged Without Payment: | $8,662.18 |
| Total Expenses of Administration: | $10,056.76 | | |

3) Total gross receipts of $28,306.96 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,250.00 (see **Exhibit 2**), yielded net receipts of $27,056.96 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $10,056.76 | $7,792.21 | $10,056.76 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $21,664.00 | $21,169.38 | $21,169.38 | $17,000.20 |
| **Total Disbursements** | $21,664.00 | $31,226.14 | $28,961.59 | $27,056.96 |

  4). This case was originally filed under chapter 7 on 10/06/2017. The case was pending for 0 months.

  5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: <u>11/08/2018</u>         By:   <u>/s/ William B. Logan</u>
                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 3308 Reaver Ave.Grove City Oh 43123-0000 Frankli | 1110-000 | $28,306.96 |
| **TOTAL GROSS RECEIPTS** | | $28,306.96 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Ronald D Stokes | Exemptions | 8100-002 | $1,250.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,250.00 |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| William B. Logan, Trustee | 2100-000 | NA | $3,455.70 | $3,455.70 | $3,455.70 |
| William B. Logan, Trustee | 2200-000 | NA | $260.03 | $260.03 | $260.03 |
| Integrity Bank | 2600-000 | NA | $76.48 | $76.48 | $76.48 |
| Luper Neidenthal & Logan, Attorney for Trustee | 3110-000 | NA | $4,000.00 | $4,000.00 | $4,000.00 |
| Paul Hunt, Other Professional | 3991-000 | NA | $2,264.55 | $0.00 | $2,264.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $10,056.76 | $7,792.21 | $10,056.76 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $1,400.00 | $1,617.79 | $1,617.79 | $1,299.18 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $945.69 | $945.69 | $759.44 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | $1,814.00 | $1,780.09 | $1,780.09 | $1,429.51 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | $963.00 | $1,101.62 | $1,101.62 | $884.66 |
| 5 | Columbia Gas | 7100-000 | $300.00 | $270.76 | $270.76 | $217.44 |
| 6 | Navient Solutions, LLC | 7100-000 | $7,735.00 | $8,567.23 | $8,567.23 | $6,879.97 |
| 7 | Capital One, N.A. | 7100-000 | $1,081.00 | $392.75 | $392.75 | $315.40 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | $895.00 | $895.26 | $895.26 | $718.94 |
| 9 | Portfolio Recovery Associates, LLC | 7100-000 | $777.00 | $722.31 | $722.31 | $580.06 |
| 10 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $1,081.11 | $1,081.11 | $868.19 |
| 11 | Portfolio Recovery Associates, LLC | 7100-000 | $2,206.00 | $2,205.14 | $2,205.14 | $1,770.85 |
| 12 | Atlas Acquisitions LLC | 7100-000 | $0.00 | $725.59 | $725.59 | $582.69 |
| 13 | KEMBA Financial Credit Union | 7100-000 | $0.00 | $864.04 | $864.04 | $693.87 |
|  | Speedway | 7100-000 | $239.00 | $0.00 | $0.00 | $0.00 |
|  | AEP | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
|  | AFNI | 7100-000 | $363.00 | $0.00 | $0.00 | $0.00 |
|  | Enhanced Recovery Corp. | 7100-000 | $181.00 | $0.00 | $0.00 | $0.00 |
|  | Fingerhut/Webbank | 7100-000 | $14.00 | $0.00 | $0.00 | $0.00 |
|  | First Savings Bank | 7100-000 | $404.00 | $0.00 | $0.00 | $0.00 |
|  | Kohl's/Capital One | 7100-000 | $392.00 | $0.00 | $0.00 | $0.00 |
|  | Mt. Carmel Health | 7100-000 | $2,600.00 | $0.00 | $0.00 | $0.00 |
|  | Weltman, Weinberg & Reis | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $21,664.00 | $21,169.38 | $21,169.38 | $17,000.20 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 17-56428-CMC | Trustee Name: | William B. Logan, Jr. |
|---|---|---|---|
| Case Name: | Stokes, Ronald D | Date Filed (f) or Converted (c): | 10/06/2017 (f) |
| For the Period Ending: | 11/8/2018 | §341(a) Meeting Date: | 11/07/2017 |
| | | Claims Bar Date: | 05/14/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  3308 Reaver Ave. Grove City Oh 43123-0000 Frankli | $101,300.00 | $0.00 | | $28,306.96 | FA |
| **Asset Notes:**  Exemptions per amended schedule C filed 2/6/18 | | | | | |
| 2  2003 Chevrolet Silverado | $3,650.00 | $0.00 | | $0.00 | FA |
| 3  Household Goods | $1,000.00 | $0.00 | | $0.00 | FA |
| 4  Clothing | $100.00 | $0.00 | | $0.00 | FA |
| 5  Cash | $20.00 | $20.00 | | $0.00 | FA |
| 6  Checking (Kemba) | $0.00 | $0.00 | | $0.00 | FA |
| 7  Savings (Kemba) | $0.00 | $0.00 | | $0.00 | FA |
| 8  Ira | $16,000.00 | $0.00 | | $0.00 | FA |
| 9  Ira | $4,000.00 | $0.00 | | $0.00 | FA |
| 10  Ira | $16,000.00 | $0.00 | | $0.00 | FA |
| 11  Wages | Unknown | $0.00 | | $0.00 | FA |
| 12  2017 Tax Refund | Unknown | $0.00 | | $0.00 | FA |
| **TOTALS (Excluding unknown value)** | $142,070.00 | $20.00 | | $28,306.96 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/24/2018 | Order for payment of Fees and Expenses entered. Final distribution checks issues. Waiting for zero bank statement in order to prepare Final Account. |
| 07/23/2018 | Submitted order for allowance of fees |
| 06/18/2018 | Final Report accepted and filed by the United States Trustee. Notice of Final Report filed. Waiting for objection period to pass in order to upload Order for Payment of Fees. |
| 05/15/2018 | bar dates have passed; file to claims review |
| 03/09/2018 | Issued exemption check to debtor and check to Paul Hunt for commission per Order entered 12/13/17 Doc #24 |
| 02/27/2018 | Excess funds received from Franklin County Clerk's office. All assets are now fully administered. Waiting for bar dates to pass to begin claims review. |
| 02/12/2018 | Trustee filed notice of assets and request for bar date. |
| 02/06/2018 | Reviewed amended Schedule C and updated Form 1. |
| 11/22/2017 | Trustee is intervening in the foreclosure case to assert the interests of the bankruptcy estate. |
| 11/13/2017 | Trustee has filed an application to retain a realtor. |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2          Exhibit 8

| Case No.: | 17-56428-CMC | Trustee Name: | William B. Logan, Jr. |
|---|---|---|---|
| Case Name: | Stokes, Ronald D | Date Filed (f) or Converted (c): | 10/06/2017 (f) |
| For the Period Ending: | 11/8/2018 | §341(a) Meeting Date: | 11/07/2017 |
| | | Claims Bar Date: | 05/14/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/24/2017   The Trustee will investigate the potential value of real estate of the debtor for possible liquidation on behalf of the bankruptcy estate.  TSoma

| Initial Projected Date Of Final Report (TFR): | 11/07/2018 | Current Projected Date Of Final Report (TFR): | 11/07/2018 | /s/ WILLIAM B. LOGAN, JR. |
|---|---|---|---|---|
| | | | | WILLIAM B. LOGAN, JR. |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-56428-CMC | Trustee Name: | William B. Logan, Jr. |
|---|---|---|---|
| Case Name: | Stokes, Ronald D | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1899 | Checking Acct #: | ******6428 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/6/2017 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 11/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/27/2018 | (1) | Franklin Co Clerk of Courts | sale of real estate | 1110-000 | $28,306.96 | | $28,306.96 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.35 | $28,305.61 |
| 03/09/2018 | 3001 | Ronald D Stokes | Claimed exemption in 3308 Reaver Ave., Grove City | 8100-002 | | $1,250.00 | $27,055.61 |
| 03/09/2018 | 3002 | Paul Hunt | Commission on sale proceeds per Order entered 12/13/17 Doc. #24 | 3991-000 | | $2,264.55 | $24,791.06 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $39.54 | $24,751.52 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $35.59 | $24,715.93 |
| 07/24/2018 | 3003 | William B. Logan | Trustee Compensation | 2100-000 | | $3,455.70 | $21,260.23 |
| 07/24/2018 | 3004 | Discover Bank | Final distribution to representing a payment of Distribution Dividend: 80.31; per final order. Ref: Account Number: 4614; Claim #: 1; Account Number: 4614; Dividend: 5.25; | 7100-000 | | $1,299.18 | $19,961.05 |
| 07/24/2018 | 3005 | Quantum3 Group LLC as agent for | Final distribution to representing a payment of Distribution Dividend: 80.31; per final order. Ref: Account Number: 1978; Claim #: 2; Account Number: 1978; Dividend: 3.07; | 7100-000 | | $759.44 | $19,201.61 |
| 07/24/2018 | 3006 | Quantum3 Group LLC as agent for | Final distribution to representing a payment of Distribution Dividend: 80.31; per final order. Ref: Account Number: 2260; Claim #: 3; Account Number: 2260; Dividend: 5.78; | 7100-000 | | $1,429.51 | $17,772.10 |
| 07/24/2018 | 3007 | Quantum3 Group LLC as agent for | Final distribution to representing a payment of Distribution Dividend: 80.31; per final order. Ref: Account Number: 7377; Claim #: 4; Account Number: 7377; Dividend: 3.57; | 7100-000 | | $884.66 | $16,887.44 |
| 07/24/2018 | 3008 | Columbia Gas | Final distribution to representing a payment of Distribution Dividend: 80.31; per final order. Ref: Account Number: 9088; Claim #: 5; Account Number: 9088; Dividend: 0.87; | 7100-000 | | $217.44 | $16,670.00 |
| | | | **SUBTOTALS** | | $28,306.96 | $11,636.96 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-56428-CMC | Trustee Name: | William B. Logan, Jr. |
|---|---|---|---|
| Case Name: | Stokes, Ronald D | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1899 | Checking Acct #: | ******6428 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/6/2017 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 11/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/24/2018 | 3009 | Navient Solutions, LLC | Final distribution to representing a payment of Distribution Dividend: 80.31; per final order. Ref: Account Number: 9088; Claim #: 6; Account Number: 9088; Dividend: 27.83; | 7100-000 | | $6,879.97 | $9,790.03 |
| 07/24/2018 | 3010 | Capital One, N.A. | Final distribution to representing a payment of Distribution Dividend: 80.31; per final order. Ref: Account Number: 9080; Claim #: 7; Account Number: 9080; Dividend: 1.27; | 7100-000 | | $315.40 | $9,474.63 |
| 07/24/2018 | 3011 | Portfolio Recovery Associates, LLC | Final distribution to representing a payment of Distribution Dividend: 80.31; per final order. Ref: Account Number: 2684; Claim #: 8; Account Number: 2684; Dividend: 2.90; | 7100-000 | | $718.94 | $8,755.69 |
| 07/24/2018 | 3012 | Portfolio Recovery Associates, LLC | Final distribution to representing a payment of Distribution Dividend: 80.31; per final order. Ref: Account Number: 7993; Claim #: 9; Account Number: 7993; Dividend: 2.34; | 7100-000 | | $580.06 | $8,175.63 |
| 07/24/2018 | 3013 | Portfolio Recovery Associates, LLC | Final distribution to representing a payment of Distribution Dividend: 80.31; per final order. Ref: Account Number: 5973; Claim #: 10; Account Number: 5973; Dividend: 3.51; | 7100-000 | | $868.19 | $7,307.44 |
| 07/24/2018 | 3014 | Portfolio Recovery Associates, LLC | Final distribution to representing a payment of Distribution Dividend: 80.31; per final order. Ref: Account Number: 3131; Claim #: 11; Account Number: 3131; Dividend: 7.16; | 7100-000 | | $1,770.85 | $5,536.59 |
| 07/24/2018 | 3015 | Atlas Acquisitions LLC | Final distribution to representing a payment of Distribution Dividend: 80.31; per final order. Ref: Account Number: 0675; Claim #: 12; Account Number: 0675; Dividend: 2.35; | 7100-000 | | $582.69 | $4,953.90 |
| 07/24/2018 | 3016 | KEMBA Financial Credit Union | Final distribution to representing a payment of Distribution Dividend: 80.31; per final order. Ref: Account Number: 7881; Claim #: 13; Account Number: 7881; Dividend: 2.80; | 7100-000 | | $693.87 | $4,260.03 |
| | | | **SUBTOTALS** | | $0.00 | $12,409.97 | |

Case 2:17-bk-56428  Doc 37  Filed 11/14/18  Entered 11/14/18 10:43:46  Desc  
Page 10 of 11

**FORM 2** Page No: 3 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-56428-CMC | Trustee Name: | William B. Logan, Jr. |
|---|---|---|---|
| Case Name: | Stokes, Ronald D | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1899 | Checking Acct #: | ******6428 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/6/2017 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 11/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/24/2018 | 3017 | Luper Neidenthal & Logan | Final distribution to representing a payment of Distribution Dividend: 100.00; per final order. Ref: Account Number: ; Claim #: 15; Account Number: ; Dividend: 16.18; | 3110-000 | | $4,000.00 | $260.03 |
| 07/24/2018 | 3018 | William B. Logan | Trustee Expenses | 2200-000 | | $260.03 | $0.00 |
| | | | **TOTALS:** | | $28,306.96 | $28,306.96 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $28,306.96 | $28,306.96 | |
| | | | Less: Payments to debtors | | $0.00 | $1,250.00 | |
| | | | **Net** | | $28,306.96 | $27,056.96 | |

For the period of **10/6/2017** to **11/8/2018**

| | |
|---|---|
| Total Compensable Receipts: | $28,306.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,306.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $27,056.96 |
| Total Non-Compensable Disbursements: | $1,250.00 |
| Total Comp/Non Comp Disbursements: | $28,306.96 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **02/27/2018** to **11/8/2018**

| | |
|---|---|
| Total Compensable Receipts: | $28,306.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,306.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $27,056.96 |
| Total Non-Compensable Disbursements: | $1,250.00 |
| Total Comp/Non Comp Disbursements: | $28,306.96 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-56428-CMC | Trustee Name: | William B. Logan, Jr. |
|---|---|---|---|
| Case Name: | Stokes, Ronald D | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1899 | Checking Acct #: | ******6428 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/6/2017 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 11/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $28,306.96 | $28,306.96 | $0.00 |

| **For the period of 10/6/2017 to 11/8/2018** | | **For the entire history of the case between 10/06/2017 to 11/8/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $28,306.96 | Total Compensable Receipts: | $28,306.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,306.96 | Total Comp/Non Comp Receipts: | $28,306.96 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $27,056.96 | Total Compensable Disbursements: | $27,056.96 |
| Total Non-Compensable Disbursements: | $1,250.00 | Total Non-Compensable Disbursements: | $1,250.00 |
| Total Comp/Non Comp Disbursements: | $28,306.96 | Total Comp/Non Comp Disbursements: | $28,306.96 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ WILLIAM B. LOGAN, JR.

WILLIAM B. LOGAN, JR.